Order affirmed, without costs, in the following memorandum: In our view, since the irregularities were, to quote from
 
 Matter of Ippolito
 
 v.
 
 Power
 
 (22 N Y 2d 594, 597-598),
 
 “
 
 sufficiently large in number to establish the probability that the result would be changed by * * * invalidation ’ ’ of the votes, the order
 
 *651
 
 directing a new primary election should be affirmed (see, also,
 
 Matter of Mach
 
 v.
 
 Cocuzzo,
 
 22 N Y 2d 901;
 
 Matter of Nodar
 
 v.
 
 Power,
 
 18 N Y 2d 697).
 

 Concur: Chief Judge Fuld and Judges Burke, Jasen, Gabrielli, Jones and Wachtler. Taking no part: Judge Breitel.